Larry W. Lee (State Bar No. 228175)
Kristen M. Agnew (State Bar No. 247656)
Nicholas Rosenthal (State Bar No. 268297)
**DIVERSITY LAW GROUP, P.C.**
515 S. Figueroa Street, Suite 1250
Los Angeles, CA 90071
(213) 488-6555
(213) 488-6554 facsimile

William L. Marder, Esq. (State Bar No. 170131)
**Polaris Law Group LLP**
501 San Benito Street, Suite 200
Hollister, CA 95023
Tel: (831) 531-4214
Fax: (831) 634-0333

Attorneys for Plaintiff and the Class

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARIA MORONES, as an individual and on behalf of all others similarly situated,<br><br>　　　　　Plaintiffs,<br><br>　vs.<br><br>BIMBO BAKERIES USA, INC., a Delaware corporation; and DOES 1 through 50, inclusive,<br><br>　　　　　Defendants. | Case No.: 2:18-CV—03010-MCE-EFB<br><br>**ORDER GRANTING JOINT STIPULATION TO STAY CASE** |

# ORDER

The Joint Stipulation to Stay Case filed on behalf of Plaintiff Maria Morones ("Plaintiff") and Defendant Bimbo Bakeries USA, Inc. ("Defendant") (collectively, the "Parties") is HEREBY APPROVED.

ACCORDINGLY, IT IS HEREBY ORDERED as follows:

1) This Instant Action is stayed pending settlement approval proceedings in Sacramento County Superior Court Case No. 34-2018-00245481 (the "Related Action").
2) All pending dates in the Instant Action are taken off calendar.
3) If the Court in the Related Action does not approve the proposed settlement: (1) Plaintiff will withdraw the First Amended Complaint and the original Complaint in the Related Action will become operative again; and (2) the Parties will file a stipulated request to lift the stay of the Instant Action.
4) If the Court in the Related Action finally approves the proposed settlement, the Parties will promptly file a joint request to dismiss the Instant Action with prejudice.
5) Not later than sixty (60) days following the date this Order is electronically filed, and every sixty (60) days thereafter until either the stay is lifted or this action is dismissed, the parties shall file a Joint Status Report advising the Court regarding the status of the Related Action.

IT IS SO ORDERED.

Dated: July 22, 2019

MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE

**ORDER GRANTING JOINT STIPULATION TO STAY CASE**