Larry W. Lee (State Bar No. 228175)
Kristen M. Agnew (State Bar No. 247656)
Nicholas Rosenthal (State Bar No. 268297)
**DIVERSITY LAW GROUP, P.C.**
515 S. Figueroa Street, Suite 1250
Los Angeles, CA 90071
(213) 488-6555
(213) 488-6554 facsimile

William L. Marder, Esq. (State Bar No. 170131)
**Polaris Law Group LLP**
501 San Benito Street, Suite 200
Hollister, CA 95023
Tel: (831) 531-4214
Fax: (831) 634-0333

Attorneys for Plaintiff and the Class

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARIA MORONES, as an individual and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>BIMBO BAKERIES USA, INC., a Delaware corporation; and DOES 1 through 50, inclusive,<br><br>Defendants. | Case No.: 2:18-CV-03010-MCE-EFB<br><br>**ORDER GRANTING STIPULATED REQUEST FOR DISMISSAL PURSUANT TO FED. R. CIV. P. 41(a)** |

# ORDER

Having reviewed the Parties' Stipulated Request for Order of Dismissal and for good cause shown:

**IT IS HEREBY ORDERED** that the case *Maria Morones v. Bimbo Bakeries USA, Inc.,* Case No. 2:18-CV-03010-MCE-EFB and all individual and class action claims asserted against Defendant Bimbo Bakeries USA, Inc. in the case are dismissed in its entirety with prejudice. Each party is to bear its own respective fees and costs. All pending proceedings are vacated and no further proceedings shall take place in this action.

IT IS SO ORDERED.

DATED: January 31, 2020

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE